E-FILED
Tuesday, 17 March, 2015  11:46:06 AM
Clerk, U.S. District Court, ILCD

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
MAR 17 2015
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America
v.
Carlos Scott

Case No:  06-10090
USM No:  02798-424

Date of Original Judgment:  09/29/2009
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

George Taseff
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  240  months **is reduced to**  80 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  3/17/15

Effective Date:  11/1/2015
*(if different from order date)*

s/Joe B. McDade
*Judge's signature*

Joe B McDade, Senior U.S. District Judge
*Printed name and title*